UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

U.S. BANK NATIONAL ASSOCIATION, Trustee for
the Registered Holders of Countrywide Commercial
Mortgage Trust 2007-MF1, Commercial Mortgage Pass-
Through Certificates, Series 2007-MF1, acting by and
through CWCapital Asset Management LLC as Special
Servicer,

Case No. 11-CV-2406 (ENV)

**Notice of Appearance**

                              Plaintiff,

        -against-

AS & MS EQUITIES LLC, PHILLIP MILLER, and
THE CITY OF NEW YORK,

                              Defendants.

------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned has been retained as attorneys to **STEVEN**

**R. BOYACK**, duly appointed Receiver for the benefit of the Plaintiffs of all rents and profits of

the mortgaged premises described in the complaint in the above entitled action by order of this

court made on October 3, 2011 and entered herein on October 4, 2011.

Please serve all papers pertaining to the Receiver on the undersigned at the office and

addresses below.

Dated: New York, New York
        October 17, 2011

                                        Yours, etc.

                                        Borah, Goldstein, Altschuler, Nahins
                                        & Goidel, P.C.

                                        By:
                                              Jeffrey L. Nogee/JN3665
                                        377 Broadway
                                        New York, NY 10013
                                        Telephone 212-431-1300
                                        e-mail:  jnogee@borahgoldstein.com